UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIGEL FREDRICKS,<br><br>                               Plaintiff,<br><br>           -against-<br><br>JUDGE MENNIN, PART B1; JUDGE BIDEN, PART TAP A; KENNETH GILBERTH, 18-B; D.A. JOHN DOE, TAP A; MARTHA LINBURGER,<br><br>                               Defendants. | 22-CV-5920 (LTS)<br><br>ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated July 12, 2022, the Court directed Plaintiff, within 30 days, to submit a completed request to proceed *in forma pauperis* (IFP) and prisoner authorization or pay the $402.00 in fees required to file a civil action in this court. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an IFP application and prisoner authorization or paid the fees. Accordingly, the Court dismisses the complaint without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Clerk of Court is directed to enter judgment in this case.

SO ORDERED.

Dated:   September 15, 2022
         New York, New York

                                    /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                                    Chief United States District Judge