UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIGEL FREDRICKS

                Plaintiff,

-against-

JUDGE MENNIN, PART B1; JUDGE BIDEN, PART TAP A; KENNETH GILBERTH, 18-B; D.A. JOHN DOE, TAP A; MARTHA LINBURGER,

                Defendants.

22-CV-5920(LTS)

CIVIL JUDGMENT

For the reasons stated in the September 15, 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   September 15, 2022
           New York, New York

                              /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                            Chief United States District Judge